

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2017

No. 04-16-00840-CR

**IN RE** Matthew T. **JOINER**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

      Relator Matthew T. Joiner filed a petition for writ of mandamus on December 29, 2016. The court has considered the petition and is of the opinion Relator is not entitled to mandamus relief. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

      It is so **ORDERED** on January 5, 2017.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2017.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CR10594, styled *State of Texas v. Matthew T. Joiner*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.